## P. L. HERRON AND ANOTHER v. THE STATE.

A joint indictment for gaming charged the defendants with playing at a game with cards, in a certain house in the town of S., but failed to charge that they played together. *Held*, that the indictment was fatally defective, and the court below erred in overruling the defendant's motion to quash.

APPEAL from Guadalupe. Tried below before the Hon. Henry Maney.

There is no occasion for a statement of the facts.

*John Ireland,* for appellants.

*William Alexander, Attorney-General,* for the State.

OGDEN, J. The indictment in this case charges the defendants with playing at a game with cards, in a certain house in the town of Seguin, but it fails to charge that they played together or with each other. The court overruled a motion to quash, and the defendants were tried and convicted.

Under the authority of Parker . *v.* The State, 26 Texas, 204, and several cases of a similar character decided at this term of the court, we must hold the indictment fatally defective, and that the court erred in overruling the motion to quash. The judgment is therefore reversed and the case dismissed.

Reversed and dismissed.